MARKEL, TUCKER, COOK COMPANY, INC., Respondent, v. IDA LEVY and Others, Appellants, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

GIUSEPPE ANSELMO, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY and Others, Respondents, Impleaded with Another, Defendant.— Judgments and order reversed on the law and the facts and new trial granted, with costs to abide the event. We think the learned trial judge erred in charging at the request of the defendant railroad company that under the evidence in this case there could be no presumption of negligence against the railroad company arising out of the doctrine of *res ipsa loquitur* (fol. 752). We are also of opinion that the verdict in favor of the defendants railroad company, Moore and Walsh was contrary to the evidence. Kelly, P. J., Rich and Jaycox, JJ., concur; Kapper and Lazansky, JJ., dissent and vote to affirm.

· BERNARD D. BARNETT, as Trustee in Bankruptcy of the MORRISON LAND CO., INC., Appellant, v. ARCHIBALD W. J. POHL and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

ERNEST W. BROCKMAN, Appellant, v. CHARLES E. QUINN and Another, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

AMELIA G. BROWN, Respondent, v. WALLACE G. BROWN, Appellant.— Judgment modified by reducing the award of alimony to twenty-five dollars per week; and as so modified unanimously affirmed, with costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

EDWARD CUNNINGHAM, an Infant, by His Guardian ad Litem, HELEN CUNNINGHAM, Appellant, v. MELLIN'S FOOD COMPANY OF NORTH AMERICA, Respondent.— Judgment and order reversed upon the law, and a new trial granted, costs to abide the event, upon the ground that it was error to refuse to charge the request made at folios 158 and 159. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

HELEN FIKETI, Appellant, v. SOUTH BEACH CAROUSEL COMPANY, Respondent.— Order setting aside verdict modified to the extent of directing that a new trial be granted; and as so modified unanimously affirmed, without costs. We think the evidence did not justify a holding that plaintiff was guilty of contributory negligence as matter of law. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.